**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

   - v -                                                Case No. 1:19-MJ-155
                                                                           (DJS)

KYLE CATON

                                        Defendant.

**DANIEL J. STEWART**
**United States Magistrate Judge**

## ORDER APPROVING WAIVER OF PRELIMINARY HEARING

Defendant has been charged by a criminal complaint with receipt of child pornography, in violation of 18 U.S.C. § 2252A(a)(2)(A).

On March 18, 2019, a Detention Hearing was held. Through counsel, Defendant voluntarily waived his right to a preliminary examination. In announcing that waiver, Defendant's counsel advised that he had explained the nature of the preliminary examination to the Defendant, including the consequences of any waiver of the right to such a preliminary examination, and that the Defendant was knowingly and voluntarily waiving his right to a preliminary examination with full knowledge of the consequences thereof.

Based upon the foregoing, including Defendant's voluntary representations, it is hereby

**ORDERED**, that Defendant's waiver of his right to a preliminary hearing without prejudice, which I find to have been knowing, intelligent, and voluntary, is accepted;

**SO ORDERED.**

Date: March 19, 2019
 Albany, New York

_____
Daniel J. Stewart
U.S. Magistrate Judge