AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   8:19-CR-245 (TJM) |
| KYLE CATON | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 06/25/2019

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Derrick T. Hogan
*Printed name of defendant's attorney*

Thomas J. McAvoy
*Judge's signature*

Senior U.S. District Judge
*Judge's printed name and title*