

United States Department of Justice

*United States Attorney*
*Northern District of New York*

*445 Broadway, Room 218*          *Tel.: (518) 431-0247*
*James T. Foley U.S. Courthouse*  *Fax: (518) 431-0249*
*Albany, New York 12207-2924*

September 30, 2019

Hon. Thomas J. McAvoy
Senior U.S. District Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, New York 13901

    **Re:**    *United States v. Kyle Caton*
            **Criminal No: 19-CR-245 (TJM)**

Dear Judge McAvoy:

    Attached is a proposed Preliminary Order of Forfeiture concerning property to be forfeited from the named defendant, *Kyle Caton*, in the above-referenced case.

    The Order applies the process set forth in both Fed. R. Crim. P. 32.2 and the applicable forfeiture statutes, in this instance 18 U.S.C. § 2253.  I am also providing defense counsel with a copy of the proposed Order.  I do not anticipate any response, nor is one necessary, from defense counsel.  I respectfully request that Your Honor sign this Order on or after ten days following the date of this letter, so as to provide defense counsel ample advance notice of the form and content of this proposed Order.

    Once the ten days from the above date has elapsed, I respectfully request that you execute this Preliminary Order of Forfeiture and, once executed, cause the Order to be filed and return to me an electronically certified copy of this Order.

    Respectfully submitted,

    GRANT C. JAQUITH
    United States Attorney

By:    */s/ Emily C. Powers*
       Emily C. Powers
       Assistant United States Attorney
       Bar Roll No. 5139205

ECP/jdt
Attachment
cc: Derrick T. Hogan, Esq., *via* ECF