

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

---

*445 Broadway, Room 218*　　　　*Tel.: (518) 431-0247*
*James T. Foley U.S. Courthouse*　　*Fax: (518) 431-0249*
*Albany, New York 12207-2924*

January 31, 2020

Hon. Thomas J. McAvoy
Senior U.S. District Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, New York 13901

> **Re:**　　***United States v. Kyle Caton***
> 　　　　**Criminal No.: 19-CR-245 (TJM)**

Dear Judge McAvoy:

On October 10, 2019, the Court issued a Preliminary Order of Forfeiture directing forfeiture of the above named defendant's, interest, if any, in certain property.

The United States published notice of Preliminary Order of Forfeiture on the government's official internet website, www.forfeiture.gov, and the Declaration of said Publication is on file with the District Court Clerk's Office.  The notice advised all potential third parties of their right to petition the Court within sixty (60) days after the first day of publication for a hearing to adjudicate the validity of their claimed legal interest in the forfeited properties.  The government also provided direct written notice to all known potential third parties, if any.  There have been no petitions in response to either form of notice.

In accordance with General Order 15 (IV)(H) and Fed. R. Crim. 32.2(b)(4) the government submits this letter to advise the Court that (i) no ancillary claims were filed, (ii) the Preliminary Order of Forfeiture is now final as to the defendant, and (iii) no separate Final Order of Forfeiture will be presented.

Respectfully submitted ,

GRANT C. JAQUITH
United States Attorney

By:　　*/s/ Emily C. Powers*
　　　　Emily C. Powers
　　　　Assistant United States Attorney
　　　　Bar Roll No. 5139205

ECP/jlf
cc: Derrick T. Hogan, Esq., *via* ECF