

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

| | |
|---|---|
| *Gateway Building* | *Tel.: (518) 314-7800* |
| *14 Durkee Street, Suite 340* | *Fax: (518) 314-7811* |
| *Plattsburgh, New York 12901-2998* | |

Via CM/ECF

June 16, 2020

Hon. Thomas J. McAvoy
Senior U.S. District Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, New York 13901

Re: United States v. Kyle Caton, 1:19-CR-245 (TJM)

Dear Judge McAvoy:

The government respectfully requests a 14-day extension of the deadline to respond to defendant Kyle Caton's motion for compassionate release. To respond to the defendant's motion, the government will need to obtain and review the defendant's health, disciplinary, and progress records from the Bureau of Prisons, and find out more about his efforts, if any, to exhaust administrative remedies. It will not be possible to obtain these records before the current deadline of June 18, 2020.

Thank you for your consideration.

Respectfully submitted,

GRANT C. JAQUITH
United States Attorney

By:   */s/ Shira Hoffman*
      Shira Hoffman
      Assistant United States Attorney
      Bar Roll No. 700507