# SEALED EXHIBIT 3