

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

*Gateway Building*  *Tel.: (518) 314-7800*
*14 Durkee Street, Suite 340*  *Fax: (518) 314-7811*
*Plattsburgh, New York 12901-2998*

June 25, 2020

<u>Via CM/ECF</u>

Hon. Thomas J. McAvoy
Senior U.S. District Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, New York 13901

    Re:    *United States v. Kyle Caton*
            1:19-CR-245 (TJM)
            **Government's Application to Seal Exhibit 3 to Its Opposition to Defendant's Motion for a Reduction in Sentence**

Dear Judge McAvoy:

    Pursuant to Local Rule 13.1(b), the United States respectfully moves to seal Exhibit 3 to the government's opposition to the defendant's motion for immediate release from home confinement.  *See* Dkt. No. 41.  Exhibit 3 contains the defendant's medical records, which the government obtained from the U.S. Bureau of Prisons, and in light of the defendant's significant privacy interests in his medical records, sealing is appropriate under *Lugosch v. Pyramid Co. of Onodaga County*, 435 F.3d 110, 119-27 (2d Cir. 2006).  A proposed order is set forth below, and the government will serve the defendant with a copy of the medical records contained in Exhibit 3.

                              Respectfully submitted,

                              GRANT C. JAQUITH
                              United States Attorney

               By:    */s/ Shira Hoffman*
                          Shira Hoffman
                          Assistant United States Attorney
                          Bar Roll No. 518933

cc:    Kyle Caton (via FedEx)
        26010-052
        FCI Elkton
        P.O. Box 10
        Lisbon, OH 44432

Letter to Hon. Thomas J. McAvoy
*United States v. Kyle Caton*
Case No. 8:19-CR-245 (TJM)
June 25, 2020
Page 2


Following *in camera* review of Exhibit 3, the Court finds that the sealing of Exhibit 3 is appropriate under *Lugosch v. Pyramid Co. of Onodaga County*, 435 F.3d 110, 119-27 (2d Cir. 2006).  The defendant's significant privacy interests in his medical records outweigh any countervailing common law and First Amendment rights of access to the records.  Exhibit 3 to the government's opposition to the defendant's motion for sentence reduction is accordingly sealed.

IT IS SO ORDERED.


_____
The Hon. Thomas J. McAvoy
Senior United States District Judge