# OFFICE OF THE FEDERAL PUBLIC DEFENDER
## NORTHERN DISTRICT OF NEW YORK

Albany Office
39 NORTH PEARL ST.
5TH FLOOR
ALBANY, NY 12207
(518) 436-1850
(518) 436-1780 FAX

Syracuse Office
4 CLINTON SQUARE
3RD FLOOR
SYRACUSE, NY 13202
(315) 701-0080
(315) 701-0081 FAX

**Lisa Peebles**
**Federal Public Defender**

RESPOND TO SYRACUSE OFFICE

July 1, 2020

Honorable Thomas J. McAvoy
Senior District Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

**RE:   UNITED STATES V. KYLE CATON**
      **CASE NO. 19-CR-245 (TJM)**

Dear Judge McAvoy:

     I am writing to respectfully request that this Court issue an order terminating our Office's representation in this case. On May 11, 2020, Kyle Caton filed a pro se motion to reduce his sentence in light of the COVID-19 pandemic. Our office was appointed to explore whether Mr. Caton is a viable candidate for compassionate release. After reviewing his case, we filed a letter on June 12, 2020, indicating that we had no intention of supplementing Mr. Caton's pro se motion. This Court ultimately denied his motion on the merits on June 29, 2020. We have informed Mr. Caton of this Court's decision and his options to pursue administrative remedies or to appeal this Court's decision. Relieving counsel will clarify that any additional relief Mr. Caton seeks will have to be done by him *pro se* unless and until additional counsel is retained or appointed.

Very truly yours,
OFFICE OF THE FEDERAL PUBLIC DEFENDER

*/s/*
Lisa A. Peebles
Federal Public Defender