

# Department of the Treasury
### Federal Law Enforcement Agencies
## PROCESS RECEIPTS AND RETURNS

| PLANTIFF United States of America | COURT CASE NUMBER 19-CR-245 |
|---|---|
| DEFENDANT Kyle Caton | TYPE OF PROCESS ARREST |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE. |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and Zip Code) |

| SEND NOTICE OR SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Antoinette T. Bacon, Acting United States Attorney<br>United States Attorney's Office<br>218 James T. Foley Courthouse<br>445 Broadway<br>Albany, NewYork 12207 | NUMBER OF PROCESS TO BE SERVED IN THIS CASE<br>NUMBER OF PARTIES TO BE SERVED IN THIS CASE<br>CHECK BOX IF SERVICE IS ON USA |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Please Arrest the property and place in your custody.

(1) A custom-built desktop computer tower, encased within a Rosewill Thor computer tower case, containing a Western Digital Red Pro 3 terabyte hard drive, s/n: WMC5D0D3055S and

(2) a SAMSUNG 850 EVO 1 terabyte solid-state drive, s/n: S21CNWAG213562D

| Signature of Attorney or other Originator requesting service on behalf of: [X] Plaintiff [ ] Defendant<br>s/Emily C. Powers/ by jag | TELEPHONE NO.<br>518-431-0247 | DATE<br>9/30/21 |
|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS.

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated. | District of Origin No. ___ | District to Serve No. ___ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. | DATE 10-01-21 |

I HEREBY CERTIFY AND RETURN THAT I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)

| DATE OF SERVICE 10-05-21 | TIME OF SERVICE | [ ] AM [ ] PM |

SIGNATURE, TITLE AND TREASURY AGENCY

REMARKS: PROPERTY ARRESTED AND LOCATED IN THE VAULT AT CHAMPLAIN POE.